JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                     :

UNITED STATES OF AMERICA           **INDICTMENT**

           - v. -                 07 Cr.

MICHAEL G. RIVERA,           :

          Defendant.   : **07 CRIM 1051**

- - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

On or about October 19, 2007, in the Southern District
of New York, MICHAEL G. RIVERA, the defendant, unlawfully,
willfully, and knowingly, for the purpose of conducting,
promoting, and carrying on by means of the Postal Service, a
scheme and artifice to defraud, did use and assume, and request
to be addressed by a fictitious, false, and assumed name, address
and name other than his own proper name, and did take and receive
from a post office and authorized depository of mail matter,
letters, postal cards, packages, and other mail matter addressed
to such fictitious, false, and assumed name, address, and name
other than his own proper name, to wit, RIVERA used the name of
another individual in connection with obtaining property by means



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 16 2007

of false and fraudulent pretenses in New York, New York.

(Title 18, United States Code, Sections 1342 and 2.)


_____
FOREPERSON

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL G. RIVERA,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1342 and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Nov. 16. 2007 TB

Indictment filed
Case assigned to Judge Griesa
Freeman. USM J