

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2008

**BY HAND**

The Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

RECEIVED FEB 6 2008

    Re:    <u>United States v. Michael G. Rivera</u>,
             07 Cr. 1051 (TPG)

Dear Judge Griesa:

      The Government respectfully writes to request that the Court exclude time in the above-referenced action, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today until the rescheduled conference on Tuesday, February 26, 2008, at 4:30 p.m. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the parties to discuss a possible disposition of this matter. The Government has spoken to counsel for the defendant, Mark Gombiner, Esq. of Federal Defenders, and he has consented to the exclusion of time until February 26.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

By: /s/ Amy Lester
Amy Lester
Assistant United States Attorney
(212) 637-2416

cc:    Mark B. Gombiner, Esq. (by facsimile)

Approved
Thomas P. Griesa
USDJ 2/8/08