```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :      MISDEMEANOR
                                        INFORMATION
         - v. -                  :
                                        S1 07 Cr. 1051 (TPG)
MICHAEL G. RIVERA,               :

         Defendant.              :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

On or about October 19, 2007, in the Southern District of New York and elsewhere, MICHAEL G. RIVERA, the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely, a United States Postal Inspector (the "Postal Inspector") working undercover as a United States Postal employee, in connection with a controlled delivery in New York, New York, while the Postal Inspector was engaged in and on account of the performance of his official duties, to wit, RIVERA, struck the Postal Inspector in the face while the Postal Inspector was placing him under arrest.

(Title 18, United States Code, Section 111.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAR 26 2008

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL G. RIVERA,

Defendant.

INFORMATION

S1 07 Cr. 1051

(18 U.S.C. § 111)

MICHAEL J. GARCIA
United States Attorney.

---

3/26/08

Deft pres w/ atty Mark Gombiner, appt'd by A. my Sister, AUSA. Deft is arraigned on this Misdemeanor Information and enters a plea of guilty as charged. Pre-sentence investigation orderd. Sentence date set for 8/5/08 @ 4:30 pm. Bail cont'd.

Griesa, J.